R. C. Wilson and Audley Harris, both of Austin, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

## DAVIDSON, Judge.

Misdemeanor theft is the offense; the punishment, confinement in the county jail for a period of thirty days.

The record is before us without a statement of facts, in the absence of which the exceptions to the charge cannot be appraised.

No error appearing, the judgment of the trial court is affirmed.

## PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

## MOORE v. STATE.
### No. 22218.

Court of Criminal Appeals of Texas.
June 17, 1942.

## NUTT v. STATE.
### No. 22197.

Court of Criminal Appeals of Texas.
June 17, 1942.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

## DAVIDSON, Judge.

The conviction is for cattle theft, the punishment assessed being two years' confinement in the state penitentiary.

198

The record is before us without statement of facts or bills of exception. All matters of procedure appear regular. Nothing is presented for review.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.